IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:24-MJ-162 (DJS) |
| | ) | |
| v. | ) | Stipulation and Order |
| | ) | for Enlargement of Time |
| **JESSICA LAPID FLORES,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York, and the defendant, JESSICA LAPID FLORES, by and through counsel, Michael McGeown-Walker, hereby agree and stipulate that the time within which an indictment must be filed under Title 18, United States Code, Section 3161(b), be enlarged to and including ninety (90) days from the date of the signing of this Order and that such time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b).

1) The chronology of this case is as follows:

   a) Date of complaint:  March 20, 2024

   b) Date of initial appearance [District of Arizona]:  March 21, 2024

   c) Date of initial appearance [Northern District of New York]: April 25, 2024

   d) Defendant custody status:  Not in Custody

   e) Date United States moved for detention:  N/A

   f) Date of detention hearing:  04/26/2024

g)     Date detention decision issued: April 26, 2024

h)     Earlier enlargements of time and exclusions under the Speedy Trial Act:

    i.     Order dated April 30, 2024, excluding the period between April 30, 2024 and June 29, 2024.

    ii.     Order dated July 3, 2024, excluding the period between July 3, 2024, and September 1, 2024.

    iii.     Order dated September 26, 2024, excluding the period between September 26, 2024, and November 25, 2024.

    iv.     Order dated November 20, 2024, excluding the period between November 20, 2024, and February 18, 2025.

    v.     Order dated February 06, 2025, excluding the period between February 06, 2025, and May 07, 2025.

    vi.     Order dated May 06, 2025, excluding the period between May 06, 2025, and July 04, 2025.

2)     The United States and the defendant request this exclusion based on the following facts and circumstances: The defendant has offered to the government a proposed resolution of this matter. The parties require additional time to discuss the proposal and negotiate a disposition.

3)     Further, the parties stipulate and agree that the ends of justice served by granting this extension outweigh the best interest of the public and the defendant in a speedy indictment and trial because the parties are currently negotiating a disposition of this matter and denial of the requested extension would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation for the return and filing of an indictment, taking into account the exercise of due diligence (see 18 U.S.C.§ 3161(h)(7)(B)(iv)).

4)     The parties stipulate and agree that a period of ninety (90) days, from the date of the

signing of this Order, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B) (h)(7)(B)(iv).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: July 29, 2025                                JOHN A SARCONE III
                                                    Acting United States Attorney


                                    By:    /s/Ashlyn Miranda
                                           Ashlyn Miranda
                                           Assistant United States Attorney
                                           Bar Roll No. 700759

                                           /s/ Michael McGeown-Walker
                                           Michael McGeown-Walker, Esq.
                                           Attorney for Jessica Lapid Flores
                                           Bar Roll No. 520776

3

**ORDER**

A.   The Court adopts the stipulated facts set out above as findings and hereby incorporates them into this Order;

B.   The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether an extension of time within which the government must file an information or indictment serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights. The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy indictment and trial because this delay is necessary in order to allow the United States reasonable time following the arrest of the defendant for effective preparation for the return and filing of an indictment, taking into account the exercise of due diligence.

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS, IT IS HEREBY ORDERED that the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including sixty (60) days from the date of this Order, and that time be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons stipulated above.

IT IS SO ORDERED.

Dated and entered this _____ day of July, 2025.

Hon. Daniel J. Stewart  
U.S. Magistrate Judge